**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DFREH 1436 W Nedro Avenue LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-2774698** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o American Regional Capital**<br>**295 Madison Avenue**<br>**New York, NY 10017-6434**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business** |
| | **Various locations in Brooklyn**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | DFREH 1436 W Nedro Avenue LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

| Debtor | DFREH 1436 W Nedro Avenue LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Earl R. Davis** | Relationship | **Member** |
|---|---|---|---|
| District | **Eastern New York** | When | |
| | | Case number, if known | **18-40766 JMM** |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    __DFREH 1436 W Nedro Avenue LLC__       Case number (*if known*) _____
       Name

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | DFREH 1436 W Nedro Avenue LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 23, 2023**
MM / DD / YYYY

**X** **/s/ Earl R. Davis**
Signature of authorized representative of debtor

**Earl R. Davis**
Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Kevin J. Nash**
Signature of attorney for debtor

Date **May 23, 2023**
MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**125 Park Ave Fl 12**
**New York, NY 10017-5690**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 221-5700**      Email address   **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

## COMPANY RESOLUTIONS

A special meeting of the Members (the "Board") of DFREH 1436 W Nedro Avenue LLC (the "Company") having been held on April 23, 2023 in accordance with the Company's Amended and Restated Operating Agreement dated March 1, 2022, and upon motion duly made and carried, the following resolutions were unanimously adopted.

**WHEREAS**, the Board has received information regarding the legal and financial circumstances facing the Company and strategic alternatives available to it, including the prospect of seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") as a means to consolidate efforts to quiet title relating to various assets held by the Company against adverse claims.

**WHEREAS**, the Board, having considered the best course of action available to the Company to maximize potential asset values and minimize protracted litigation, deems it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code.

> **RESOLVED**, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York as the venue where the Company's primary assets are located; and it is further

> **RESOLVED**, Earl R. Davis is appointed as the Company's Chief Restructuring Officer and Managing Member who is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other accompanying documents, and cause the same to be filed with the Bankruptcy Court; and (b) cause to be filed all schedules, statements, lists, motions, applications and other papers or documents necessary or desirable to prosecute the Chapter 11 case; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:   Brooklyn, New York
       May 23, 2023

DFREH 1436 W Nedro Avenue LLC
By: Davis Family Real Estate Holdings Inc.
By: Davis Family Investments LLC
By: Davis Family Investments L.P.

By:   _Earl Davis_
      Earl Davis, Operating Partner

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                          Chapter 11

DFREH 1436 W NEDRO AVENUE LLC,                                  Case No.

                                        Debtor.
--------------------------------------------------------------x

### DECLARATION OF EARL R. DAVIS, CHIEF RESTRUCTURING OFFICER
### OF DFREH 1436 W NEDRO AVENUE LLC
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

I, Earl R. Davis, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.       I am the Chief Restructuring Officer ("CRO") of DFREH 1436 W Nedro Avenue, LLC (the "Debtor"). I am also the Executive Chairman and Chief Executive Officer of American Regional Capital Partners, LLC ("ARC"), a multi-asset investment firm. ARC's real estate business often involves pursuing complex distressed real estate opportunities. The Debtor is an indirect affiliate entity of ARC.

2.       I respectfully submit this Declaration pursuant to Local Rule 1007-4 in support of the Debtor's Chapter 11 filing to provide the Court and creditors with an overview of (i) the circumstances that compelled the Debtor to commence this Chapter 11 case; (ii) the Debtor's capital structure; and (iii) the Debtor's exit strategy toward successfully emerging from bankruptcy.

3.       This Declaration is based upon my personal knowledge and my review of relevant documents and information concerning the Debtor's financial and legal affairs.

1

## Background

4.      The Debtor was first organized in 2020 to acquire particular residential property in Philadelphia and has since expanded the scope of its business operations to become a holding company of fractionalized real estate interests (ranging from 5% to 100%) in a group of properties many of which are in Brooklyn, NY. A list of the various locations is set forth in the accompanying chart annexed hereto as Exhibit "A" (the "Properties").

5.      Many of the Brooklyn Properties share a common basic history in that the fractional interests  were acquired from the surviving heirs of original owners and were subject to adverse title claims.  At the time of acquisition, at least eleven Properties in Brooklyn were subject to title claims emanating from fake, false-pretense, or forged deeds, some of which relate to a fraudster named Kevin Walker, a/k/a Kevin L. Walker Sr., convicted in 2001 for stealing nearly a dozen properties by forging the names of the rightful owners, some of whom were deceased at the time of the alleged conveyances.  True and correct copies of the District Attorney's press release, Kevin L Walker's Indictment and Sentencing Minutes are collectively annexed herein as Exhibit "B."

6.      The City of New York ("City") recorded an Affidavit in 2000 through the Corporation Counsel's office indicating that the signatures of the grantors with respect to various of the deeds may be a forgery. The City filed the Affidavit to serve as "notice to the public of a possible defect in the chain of title" due to the involvement of Kevin Walker.  A sample form of the City's filed Affidavit is annexed hereto as Exhibit "C".

7.      It is the Debtor's position that any subsequent lender or alleged owner in the chain of title through Kevin Walker had record notice of a potential title defect and cannot legitimately be deemed a good faith purchaser, rendering the Walker-associated title infirm and inferior to that of the Debtor as the successor to the heirs of the original and rightful owners.

2

8.      For ease of a centralized administration, the Debtor, directly or through its affiliate entities, purchases fractional co-ownership interests in real property. The Debtor's affiliates locate prospective sellers with such interests who received their fractional interest through inheritance (sometimes unknowingly). The Debtor and its affiliates often purchase such interests subject to adverse title and ownership claims, creating clouds on title due to potentially fraudulent or ambiguous deeds recorded at an earlier period. In many of these cases, absent the purchase of the inherited interests by the Debtor or its affiliates, the sellers/*heirs-at-law* would not have full knowledge, resources, expertise, or financial means to pursue their rights.  To monetize the acquired partial interests, the Debtor and its affiliates pursue various legal remedies, including actions to partition and to quiet title, declaratory judgment actions, and other forms of litigation. As part of its business plan, the Debtor and its affiliates obtain delivery and possession of a deed transferring either a full or partial interest in the underlying properties.  Certain of these deeds were previously held by affiliates of the Debtor and are in the process of being recorded.

9.      The Debtor's success depends on significant financial commitments to genealogists, probate researchers, document analysts, private investigators, transaction coordinators, asset managers, and ongoing attorney fees to pursue necessary litigation, typically involving contested title claims defended by national title companies. Many of the Properties are subject to such litigations, which will either be removed to the Bankruptcy Court or superseded and replaced by a master adversary proceeding to be filed by the Debtor in the Bankruptcy Court consolidating all the various claims involving the Debtor and its affiliates in a single proceeding, based on common issues of law and fact.

10.     Absent a consolidated forum to address the adverse claims, the Debtor estimates it could take years and hundreds of thousands, if not millions of dollars in fees to pursue litigations

3

in multitude forums to validate the Debtor's respective rights and ownership interests against adverse title claims. The efficiencies of Chapter 11 offers a far better alternative. It will help enhance the Debtor's overall business plans and prospects while providing protection to the Debtor's property holdings from any intervening foreclosure actions.

<strong>Reorganization Strategy</strong>

11.     The success of this Chapter 11 case will revolve around whether the Debtor and its affiliates can efficiently establish that they retain a superior interest in the Properties and whether the Debtor can nullify the adverse claims against title in a consolidated forum. The Debtor will proceed with the filing and prosecution of the adversary proceeding shortly after the commencement of the Chapter 11 case, with the goal of obtaining an expeditious resolution of the outstanding adverse title claims so as to be in a position to formulate a plan of reorganization.

<strong>Local Rule 1007-4 Disclosures</strong>

12.     Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

13.     Pursuant to Local Rule 1007-4(a)(vi), a list of all of the Debtor's creditors is being filed herewith.

14.     Pursuant to Local Rule 1007-4(a)(vii) the various Properties listed on <u>Exhibit</u> "A" are subject to mortgages and liens which will be reflected in the Debtor's schedules.

15.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be set forth in bankruptcy schedules and statements to be filed within fourteen (14) days of the date hereof.

16.     Pursuant to Local Rule 1007-4(a)(ix), the membership interest in the Debtor is not publicly traded. It is held by Davis Family Real Estate Holdings Inc., which in turn is owned 100%

4

by Davis Family Investments, LLC. I am the Operating Partner of Davis Family Investments L.P., the sole member of Davis Family Investments LLC. My family and I are in-direct beneficiaries of a series of Dynasty Trusts, which control the LP through the family's primary operating company, The Davis Rainford Group Inc.

17.     Pursuant to Local Rule 1007-4(a)(x), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

18.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located at my offices.

19.     Pursuant to Local Rule 1007-4(a)(xiii), a list of all pending lawsuits is annexed hereto as Exhibit "D".

20.     Pursuant to Local Rule 1007-4(a)(xiv), I serve as the Chief Restructuring Officer of the Debtor without compensation.

21.     Pursuant to Local Rule 1007-4(a)(xv), the Debtor has no current employees and all services will be provided by American Regional Capital Partners, LLC, whose employees will provide administrative assistance with organizing the Debtor's affairs, including Sheyenne A. DeRoche, Esq., who will serve as counsel to the CRO of the Debtor.

22.     Pursuant to Local Rule 1007-4(a)(xvii), the Debtor does not anticipate any significant following expenses in the next 30 days except certain filing and record fees.

Dated: New York, New York
       May 23, 2023

Name: Earl R. Davis
Title:  Chief Restructuring Officer

5

# EXHIBIT A

| FULL PROPERTY ADDRESS | DESCRIPTION | TOTAL PROEPRTY VALUE | VALUE OF DEBTOR INTEREST | FRACTIONAL INTEREST | OWNERSHIP | LITIGATION | Filed Deed |
|---|---|---|---|---|---|---|---|
| 1436 W Nedro Avenue, Philadelphia, PA 19141 | Single-Family | $130,000.00 | $130,000.00 | 100% | Fee Simple | Yes | Yes |
| 1825 Sulis Street, Philadelphia, PA 19141 | Single-Family | $120,000.00 | $30,000.00 | 25% | Tenancy In Common | No | Pending |
| 507 Quincy Street, Brooklyn, NY 11221 | Two-Family | $2,400,000.00 | $199,000.00 | 8.33% | Tenancy In Common | No | Pending |
| 121 Albany Avenue, Brooklyn, NY 11213 | Three-Family | $2,000,000.00 | $500,000.00 | 25% | Tenancy In Common | Yes | Yes |
| 288 Gates Avenue, Brooklyn, NY | Two-Family | $2,000,000.00 | $200,000.00 | 10% | Tenancy In Common | Yes | Pending |
| 209 Brooklyn Avenue, Brooklyn, NY 11216 | Two-Family | $2,000,000.00 | $50,000.00 | 5% | Tenancy In Common | Yes | Pending |
| 420 Bainbridge Street, Brooklyn, NY 11233 | Two-Family | $1,000,000.00 | Unknown | TBD | Tenancy In Common | No | Yes |
| 498 Halsey Street, Brooklyn, NY 11233 | Two-Family | $100,000.00 | Unknown | TBD | Tenancy In Common | No | Yes |
| 452 Nostrand Avenue, Brooklyn, NY 11216 | 2 Family With Store/Office | $1,000,000.00 | $375,000.00 | 37.50% | Tenancy In Common | No | Yes |
| 53 W 130TH Street, New York, NY 10037 | Three-Family | $2,000,000.00 | $500,000.00 | 25% | Tenancy In Common | No | Yes |
| 577 Franklin Avenue, Brooklyn, NY 11238 | Three-Family | $1,300,000.00 | $300,000.00 | 10% | Tenancy In Common | Yes | Pending |
| 1375 Park Pl, Brooklyn, NY 11213 | Two-Family | $600,000.00 | $30,000.00 | 5% | Tenancy In Common | No | Yes |
| 589 S 19TH Street, Newark, NJ 07103 | One-Family | $100,000.00 | $20,000.00 | 20% | Tenancy In Common | No | Pending |
| 276 S 11TH Street, Newark, NJ 07103 | Two-Family | $175,000.00 | $43,750.00 | 25% | Tenancy In Common | No | Pending |
| 543 Lexington Avenue, Brooklyn, NY 11221 | Two-Family | $500,000.00 | $50,000.00 | 10% | Tenancy In Common | Yes | Pending |
| 32-39 102ND Street, East Elmhurst, NY 11369 | Single-Family W/Lot | $1,000,000.00 | Unknown | TBD | Tenancy In Common | No | Pending |
| 59 Irving Place, Brooklyn NY 11238 | Two-Family | $3,300,000.00 | $165,000.00 | 5% | Tenancy In Common | Yes | Pending |
| 239 W 136TH Street, New York, NY 10030 | SRO | $1,000,000.00 | $100,000.00 | 10% | Tenancy In Common | No | Pending |

# EXHIBIT B

### DIRTY DEEDS REAL ESTATE "VULTURE" ACCUSED OF $1.6 MILLION FRAUD
(Stole 11 Brooklyn Properties - Mortgaged And Sold Them For Illegal Profit)

August 28, 2000....Kings County District Attorney Charles J. Hynes announced today the filing of a criminal complaint charging Kevin Walker with the theft of eleven Brooklyn properties by filing false deeds to the properties and then using the properties to secure mortgage loans worth over $900,000 and selling some of the properties for over $700,000.

Kevin Walker, 35, of 311 Lakeland Avenue, Sayville, New York was arrested and arraigned on Thursday, August 24, 2000.

The criminal complaint alleges that the defendant during a two-year period from April 1996 through April 1998, falsely filed with the Office of the City Register in the Department of Finance, eleven deeds to properties that he did not own. The legitimate owners of five of these properties were deceased at the time of the alleged transfer. The owners of six of the remaining properties were alive, but did not transfer ownership and were unaware that the properties were no longer in their names.

The complaint also charges that Mr. Walker used 10 of these properties to secure mortgages and actually sold 5 of the properties. The mortgage loans are estimated to be worth more than $900,000 and the sales netted over $700,000.

"This complaint reflects an emerging serious problem in the real estate industry: the fraudulent transfer of real property by unscrupulous individuals for illegal profit," District Attorney Hynes said. "The victims of this scam are the heirs of the legitimate owners who were deceased at the time of the alleged transfer; the owners of the properties who were alive at the time of the transfer but were unaware of the transfers; the private mortgage companies who lent money to the defendant; and those individuals who bought homes from him."

The defendant was charged with 23 counts of Grand Larceny in the Second Degree, a Class C felony, punishable by a maximum sentence of five to fifteen years in prison, as well as multiple counts of Criminal Possession of Forged Instrument in the Second Degree, a Class D felony, punishable by a maximum sentence of two and a third to seven years in prison, and multiple counts of Offering a False Instrument for Filing in the Second Degree, a Class A misdemeanor, punishable by up to one year in jail.

The complaint is the result of a two-year investigation that began in March 1998 with information provided by an attorney for an heir to one of the properties that had been fraudulently transferred from the legitimate owners to Mr. Walker. The false deed showed that both owners, a husband and wife, allegedly signed the deed transferring ownership to Walker on December 22, 1995. In fact, the wife had died on May 30, 1986 and could not have signed the deed. Although the husband died on November 4, 1997, the signature is clearly not his.

This information lead to an extensive investigation into the real estate dealings of Kevin Walker, which resulted in his arrest this past Thursday.

The press and the public are advised that this complaint is not evidence of guilt. It is the accusatory instrument by which these criminal proceedings are commenced.

Mr. Walker's fraud was simple, yet extremely effective. First he identified Brooklyn properties that seemed to be unoccupied and then he recorded forged deeds that showed he was the owner of the properties. Once he had done that he used the properties to secure mortgage loans for private mortgage lenders.

For example, in June 1996, he used the Nordland property and 2 others - 3415 Avenue D and 2739 Bedford Avenue - to secure a $100,000 mortgage from Acgilino and Wishnick, a private mortgage company. In August 1996, he used one of the these three properties, located at 3415 Avenue D to secure an additional mortgage loan of $124,617 and in January 1997 he used another of these three properties, located at 2739 Bedford Avenue to secure a $208,000 mortgage.

The 2739 Bedford Ave. property was allegedly transferred to Mr. Walker by a deed dated March 5, 1996 and allegedly signed by William Greenberg. However, Mr. Greenberg died on December 1, 1991. Not only was this property was mortgaged twice, it was eventually sold in September 1999 for $395,000.

"While most of us believe that it is not possible to get something for nothing, Mr. Walker is accused of doing just that, said District Attorney Hynes. "With nothing more than a few pieces of paper - forged deeds -

which Mr. Walker is alleged to have filed with the City Register, he in fact turned nothing into a $1.6 million profit."

The complaint alleges that the eleven Brooklyn properties that the defendant stole were located throughout Brooklyn and are located at:

1 - 3517 Snyder Avenue

2 - 3415 Avenue D

3 - 2739 Bedford Avenue

4 - 2071 Haring Street

5 - 187 Lafayette Avenue

6 - 121 Albany Avenue

7 - 687 E. 91st Street

8 - 466 Franklin Avenue

9 - 288 Gates Avenue

10 - 273 Greene Avenue

11 - 20 Lefferts Place

At his arraignment before Judge Danny K. Chun on August 24th, bail was set at $100,000. The next court date is scheduled for August 29th in AP 1.

The investigation was conducted by the Rackets Division's Supervising Financial Investigator Roy Weinstein and Detective Clyde Simpson, of the Kings County District Attorney's Squad, under the supervision of Captain Marilyn F. Scahill.

The case is being prosecuted by Senior Assistant District Attorney Ellen Burach-Zion and Rackets Division Counsel Jeffrey Ferguson under the supervision of Jay Shapiro, Chief of the Rackets Division.

A copy of the complaint is available.

top

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

--------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

J.     KEVIN L WALKER
        DEFENDANT
        2000KN068685

INDICTMENT NO. 7150/2000
NON-ALIGNED
RACKETS DIVISION

T9B

COUNTS

GRAND LARCENY IN THE SECOND DEGREE (8 COUNTS)
CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE SECOND
    DEGREE (7 COUNTS)
CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE SECOND
    DEGREE (7 COUNTS)
OFFERING A FALSE INSTRUMENT FOR FILING IN THE SECOND
    DEGREE   (7 COUNTS)
SCHEME TO DEFRAUD IN THE FIRST DEGREE

A TRUE BILL

FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

2000 OCT 18 PH 5: 21
CRIMINAL TERM ARP/NOT
SUPREME COURT KINGS

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

J.    KEVIN L WALKER
DEFENDANT
2000KN068685

INDICTMENT NO. 7150/2000
NON-ALIGNED
RACKETS DIVISION

*T9B*

COUNTS

GRAND LARCENY IN THE SECOND DEGREE (8 COUNTS)
CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE SECOND
    DEGREE (7 COUNTS)
CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE SECOND
    DEGREE (7 COUNTS)
OFFERING A FALSE INSTRUMENT FOR FILING IN THE SECOND
    DEGREE   (7 COUNTS)
SCHEME TO DEFRAUD IN THE FIRST DEGREE

A TRUE BILL

FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

CRIMINAL TERM ARB/INDT
SUPREME COURT KINGS
2000 OCT 18 PM 5:21

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF GRAND LARCENY IN THE SECOND DEGREE [PL 155.40] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT DECEMBER 22, 1995, IN THE COUNTY OF KINGS, STOLE CERTAIN PROPERTY HAVING AN AGGREGATE VALUE OF MORE THAN FIFTY THOUSAND DOLLARS, NAMELY: A RESIDENCE FROM THE ESTATE OR HEIRS OF EMILY NORDLUND.

## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE SECOND DEGREE [PL 165.52] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT DECEMBER 22, 1995, IN THE COUNTY OF KINGS, WITH INTENT TO BENEFIT HIMSELF AND A PERSON OTHER THAN AN OWNER THEREOF AND TO IMPEDE THE RECOVERY BY AN OWNER THEREOF, KNOWINGLY POSSESSED STOLEN PROPERTY HAVING AN AGGREGATE VALUE OF MORE THAN FIFTY THOUSAND DOLLARS, NAMELY: A RESIDENCE OWNED BY THE ESTATE OR HEIRS OF EMILY NORDLUND.

## THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE SECOND DEGREE [PL 170.25] COMMITTED AS FOLLOWS:

THE DEFENDANT, ACTING IN CONCERT WITH ANOTHER PERSON, ON OR ABOUT AND BETWEEN DECEMBER 22, 1995 AND JULY 22, 1996 IN THE COUNTY OF KINGS WITH THE KNOWLEDGE THAT IT WAS FORGED AND WITH INTENT TO DEFRAUD, DECEIVE AND INJURE ANOTHER, UTTERED OR POSSESSED A FORGED INSTRUMENT, NAMELY: A DEED

## FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF OFFERING A FALSE INSTRUMENT FOR FILING IN THE SECOND DEGREE [PL 175.30] COMMITTED AS FOLLOWS:

THE DEFENDANT, ACTING IN CONCERT WITH ANOTHER PERSON, ON OR ABOUT JULY 22, 1996, IN THE COUNTY OF KINGS KNOWING THAT A WRITTEN INSTRUMENT CONTAINED A FALSE STATEMENT AND FALSE INFORMATION, OFFERED AND PRESENTED SAME TO A PUBLIC OFFICE AND PUBLIC SERVANT KNOWING AND BELIEVING THAT IT WOULD BE FILED WITH, REGISTERED AND RECORDED IN AND OTHERWISE BECOME A PART OF THE RECORDS OF SUCH PUBLIC OFFICE AND PUBLIC SERVANT.

## FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF GRAND LARCENY IN THE SECOND DEGREE [PL 155.40] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 05, 1996, IN THE COUNTY OF KINGS, STOLE CERTAIN PROPERTY HAVING AN AGGREGATE VALUE OF MORE THAN FIFTY THOUSAND DOLLARS, NAMELY: A RESIDENCE FROM THE ESTATE OR HEIRS OF WILLIAM GREENBERG.

SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE SECOND DEGREE [PL 165.52] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 05, 1996, IN THE COUNTY OF KINGS, WITH INTENT TO BENEFIT HIMSELF AND A PERSON OTHER THAN AN OWNER THEREOF AND TO IMPEDE THE RECOVERY BY AN OWNER THEREOF, KNOWINGLY POSSESSED STOLEN PROPERTY HAVING AN AGGREGATE VALUE OF MORE THAN FIFTY THOUSAND DOLLARS, NAMELY: A RESIDENCE OWNED BY THE ESTATE OR HEIRS OF WILLIAM GREENBERG.

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE SECOND DEGREE [PL 170.25] COMMITTED AS FOLLOWS:

THE DEFENDANT, ACTING IN CONCERT WITH ANOTHER PERSON, ON OR ABOUT AND BETWEEN MARCH 05, 1996 AND APRIL 01, 1996 IN THE COUNTY OF KINGS WITH THE KNOWLEDGE THAT IT WAS FORGED AND WITH INTENT TO DEFRAUD, DECEIVE AND INJURE ANOTHER, UTTERED OR POSSESSED A FORGED INSTRUMENT, NAMELY: A DEED

1

1   SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF KINGS - TRIAL TERM - PART
2   ------------------------------------------------X
    THE PEOPLE OF THE STATE OF NEW YORK,
3

4                   -against-

5   KEVEN L. WALKER,

6                   Defendant.
    ------------------------------------------------X
7
    Indictment
8   No. 7150/2000          360 Adams] Street
    GUILTY PLEA (G.L. 2)   Brooklyn, New York 11201
9                          March 5, 2001

10  B E F O R E :

11
                    THE HONORABLE NEIL JON. FIRETOG,
12
                    Justice
13

14  A P P E A R A N C E S :

15
        THE HONORABLE CHARLES J. HYNES
16      DISTRICT ATTORNEY - KINGS COUNTY
        BY:  JEFF FERGUSON, ESQ.
17      Assistant District Attorney
        For the People
18

19      JAMES PEPE, ESQ.
        Attorney for the Defendant
20

21

22

23

24                              DAVID R. SEDACCA
                                Official Court Reporter
25

                        DRS

1          THE CLERK:  Number 9, 7150 of 2000, Kevin

2   Walker.

3          MR. PEPE:  Good morning, Judge.  On behalf of

4   Mr. Kevin Walker, James Pepe.

5          MR. FERGUSON:  Jeff Ferguson, office of the

6   District Attorney.

7          Good morning, your Honor.

8          May we approach?

9          THE COURT:  Yes.

10          (Discussion held off the record.)

11          (Pause in the proceedings.)

12          MR. PEPE:  Your Honor, if it please the Court,

13   after a lengthy discussion as well as with the defendant,

14   he advises me to withdraw his previously=entered plea of

15   not guilty and enters a plea of guilty to the crime of

16   grand larceny in the second degree covering the entire

17   indictment, that number being 7150 of 2000.  This, of

18   course, he relies upon the representation had at the

19   bench as well as made by the District Attorney's office.

20          Further, the defendant has indicated to me that

21   he represents to the Court he has no right, title or

22   interest in any real property located or situated in the

23   County of Kings, State of New York, and he holds no

24   property in fee, f-e-e, simple absolute, County of Kings,

25   State of New York.

1    THE COURT:  All right.  Mr. Walker, you heard
2  what your attorney said.

3          Are all those facts true?

4    THE DEFENDANT:  Yes.

5    THE COURT:  All right.

6          Do you swear to tell the truth, the whole truth
7  and nothing but the truth?

8    THE DEFENDANT:  Yes.

9    THE COURT:  According to the facts as I
10  understand them to be, it is alleged that on or about
11  December 22nd of 1995, here in the County of Kings, State
12  of New York, you stole property having a value of more
13  than $50,000 from the estate and hiers of Emily Norland
14  (ph).

15          Are those facts true?

16    THE DEFENDANT:  Yes.

17    THE COURT:  And this was a scheme where you
18  alleged to have ownership of residences when, in fact,
19  you did not.

20          Is that true?

21    THE DEFENDANT:  Yes.

22    THE COURT:  Now, do you understand you're
23  pleading guilty to a serious crime.  The promise here is
24  that I will sentence you to two-and-a-half to
25  seven-and-a-half years in jail.  Has anyone promised you

4

Plea - Walker/Court

1      anything different?

2              THE DEFENDANT:  No.

3              THE COURT:  Did anyone threaten you or force

4      you to plead guilty?

5              THE DEFENDANT:  No.

6              THE COURT:  You're pleading guilty of your own

7      free will?

8              THE DEFENDANT:  Yes.

9              THE COURT:  Do you understand that you're

10     giving up your right, Mr. Walker, to a trial; you're

11     giving up your right to have Mr. Pepe be your attorney;

12     you're giving up the right to have the D.A. put to the

13     burden of proving your guilt beyond a reasonable doubt to

14     a jury that you would have helped select by calling the

15     people that were embezzled or swindled out of this money

16     by you.

17              Do you understand that?

18              THE DEFENDANT:  Yes.

19              THE COURT:  At a trial, you too could testify,

20     give your side of the story, if there be one, present a

21     defense either by calling witnesses or taking the stand

22     yourself.  But when you plead guilty you give up the

23     right to do so.

24              Do you understand?

25              THE DEFENDANT:  Yes.

DRS

Plea - Walker/Court                5

1       THE COURT:  And, lastly, if you went to trial

2   and were convicted, you would have a right to appeal your

3   conviction to a higher court, and what that means is that

4   a group of judges would review everything done in this

5   case to see whether or not the trial that you had was

6   fair, the sentence appropriate, and any pretrial rulings

7   correctly decided.  But, when you plead guilty, you waive

8   your right of appeal.  This is a final decision of the

9   Court and this conviction will be on your record.

10      Do you understand that?

11      THE DEFENDANT:  Yes.

12      THE COURT:  Has anyone threatened you or forced

13  you to plead guilty?

14      THE DEFENDANT:  No.

15      THE COURT:  You're doing so of your own free

16  will?

17      THE DEFENDANT:  Yes.

18      THE COURT:  All right.  Listen to the Clerk of

19  the Court as the plea is recorded for the record.

20      THE CLERK:  Is Kevin Walker your true name?

21      THE DEFENDANT:  Yes.

22      THE CLERK:  Is Mr. Pepe your attorney?

23      THE DEFENDANT:  Yes.

24      THE CLERK:  You are now advised if the Court

25  determines that you have a previous felony conviction you

DRS

Plea - Walker/Court                6

1    may receive a greater sentence.

2                Do you understand that?

3                THE DEFENDANT:  Yes.

4                THE CLERK:  Do you now wish to enter a plea of

5    guilty to Grand Larceny in the Second Degree, a Class-C

6    Felony, to cover this indictment?  Is that what you wish

7    to do?

8                THE DEFENDANT:  Yes.

9                THE CLERK:  Also, there will be surcharges of

10   $210.

11               THE COURT:  All right.  What date for

12   sentence?  Approximately ten days.

13               MR. PEPE:  Can we go into April?

14               THE COURT:  That's too long.

15               MR. PEPE:  I'm going to be away through the

16   21st.

17               THE COURT:  When do you come back?

18               MR. PEPE:  The 22nd I'll be available.

19               THE COURT:  Of?

20               MR. PEPE:  Of March.

21               THE COURT:  March 22nd it is.

22               MR. PEPE:  Thank you, Judge.  Have a nice day.

23               THE COURT:  Same to you.

24               THE CLERK:  Remand, your Honor?

25               THE COURT:  The defendant is remanded at this

DRS

Plea - Walker/Court

1    time.   I'll see you on the 22nd, Mr. Walker.

2

3

4                              *   *   *   *

5

6

7

8

9

10

11

12

13

14

15

16

17

18                    It is hereby certified that the
                      foregoing is a true and accurate
19                    transcript of the proceedings.

20

21                    DAVID R. SEDACCA
                      Official Court Reporter
22

23

24

25

                              DRS

# EXHIBIT C

Print Request ID 2022021500000333 - 0001

# CERTIFIED COPY

**CITY OF NEW YORK**

**DEPARTMENT OF FINANCE**

**OFFICE OF THE CITY REGISTER, BROOKLYN / KINGS COUNTY**

The document attached hereto,

Document ID FT_3120007331812, DECLARATION, recorded on
09-15-2000 00:00, page(s) 1 - 2

is a true and correct copy of the original document recorded in the Office of
the City Register of New York on as attested by the City Register on
02-15-2022 12:49

*Annette M. Hill*

Annette M. Hill
City Register

REEL # 96 # PG 2 1 2 3

## CITY REGISTER RECORDING AND ENDORSEMENT PAGE

**COUNTY OF ►** KINGS

THIS PAGE FORMS PART OF THE INSTRUMENT

TOTAL NUMBER OF
PAGES IN DOCUMENT
INCLUDING THIS PAGE ► 2

Block ▼

Lots ONLY IF SUBDIVIDED

Partial Lots ▼

Premises ▼

131 Albany Ave.

Title/Agent Company Name ▼

Title Company Number ▼

P/O

NAME ▼

ADDRESS ▼  Dept of Finance c/o
344 Adams St, 2nd fl.

CITY ▼  Brooklyn   STATE ▼  NY   ZIP ▼  11201

RECORD &
RETURN TO:

PARTY 1 ►
ADDITIONAL
PARTY 2 ►
PARTY 2 ►
ADDITIONAL
PARTY 2 ►

CHECK THIS BOX IF THERE ARE MORE THAN 2 OF EITHER PARTY ........

**CITY REGISTER'S USE ONLY - DO NOT WRITE BELOW THIS LINE**

Examined by (√)

Mtge Tax Serial No.

Mtge Amount   $

Taxable Amount   $

Exemption (√)   YES ☐   NO ☐

Type:   ☐ 266E   ☐ 266   ☐ OTHER

Dwelling Type:   1 ☐ 2   ☐ 3   ☐ 4 ☐ 5   over 6 ☐

**TAX RECEIVED ON ABOVE MORTGAGE ▼**

| | |
|---|---|
| County (Basic) | $ |
| City (Add'l) | $ |
| Spec Add'l | $ |
| TASF | $ |
| MTA | $ |
| NYCTA | $ |
| **TOTAL TAX** | $ |

Apportionment Mortgage (√)   YES ☐   NO ☐

City Register
Serial Number ►   **107625**

Indexed
By (√)

Verified
By (√)

Block(s) and Lot(s) verified (√)

Address ☐   Tax Map ☐

Extra Block(s)   Lot(s)

Recording Fee

Affidavit Fee   (C)   $

RPTT Fee   (R)   $

HPD-A ☐   HPD-C ☐

New York State Real Estate Transfer Tax ▼

$

Serial
Number ►

New York City Real
Property Transfer Tax
Serial Number ►

OTHER LD#/EY 0124   0.00

**RECORDED IN THE OFFICE OF THE CITY REGISTER
OF THE CITY OF NEW YORK**

2002 SEP 15 A 956

Print Request ID 2022021500000333.0001

Attested 2/15/2022 12:49:09 PM

REEL 4 9 6 4 PG 2 1 2 4

#### AFFIDAVIT

Devora Cohn, being duly sworn, deposes and says:

I am the Associate Commissioner for the New York City Department of Finance, Office of Legal Affairs, having an office at 345 Adams Street, 3rd Floor, Brooklyn, N Y 11201.

In my position as Associate Commissioner, I have been made aware that a deed for the property located at 121 Albany Avenue, Block 1340, Lot 4, Kings, was recorded on January 28, 1998 at Reel 4108, Page 1443. The deed purports to transfer ownership from May Britton to Kevin L. Walker, Sr. The City has been advised that the signature of the grantor may be forged.

Until such time as the alleged fraudulent conveyance is nullified, this affidavit shall serve as a notice to the public of a possible defect in the chain of title.

DATED: September 12, 2000

_Devora Cohn_
Devora Cohn
Associate Commissioner
For Legal Affairs
New York City Department of Finance

State of New York )
                  ) ss.:
County of Kings   )

On the 12 day of September in the year 2000, before me, the undersigned, personally appeared Devora Cohn, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Melissa D. Siegel_
Notary Public

MELISSA S. SIEGEL
Notary Public, State of New York
No. 41-4932255
Qualified in Queens County
Commission Expires ~~July 1, 2001~~
Sept 1, 2001

**EXHIBIT D**

| CLIENT/INTEREST | CASE CAPTION | PROPERTY ADDRESS | COURT NAME | INDEX/FILE # | CASE TYPE |
|---|---|---|---|---|---|
| Debtor | TOORAK CAPITAL PARTNERS, LLC vs. DIREH 1438 W METRO AVENUE, LLC | 1438 W Metro Avenue, Philadelphia, PA 19141 | Court of Common Pleas/Civil Division | 1658 | Mortgage Foreclosure |
| Debtor Is A Necessary Party/Currently Unnamed Defendant | 121 ALBANY AVE LLC -against- MCSWAIN REV 121 ALBANY AVENUE, LLC | 121 Albany Avenue, Brooklyn, NY 11213 | Supreme Court/Kings County | 520281/2022 | Quiet Title Action |
| Currently Unnamed Defendant | OMAR YAQOUB v. TONY A. DAVIS and ERD HOLDINGS INC. | 288 Gates Avenue, Brooklyn, NY 11216 | Supreme Court/Kings County | 506850/2022 | Quiet Title Action |
| Currently Unnamed Defendant | 350 OAKFORD STREET, INC. v. CRESCENTIA MAYERS | 209 Brooklyn Avenue, Brooklyn, NY 11216 | Supreme Court/Kings County | 513612/2021 | Mortgage Foreclosure |
| Currently Unnamed Defendant | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, - v. - KISHA COURTS et al | 452 Nostrand Avenue, Brooklyn, NY 11216 | Supreme Court/Kings County | | Mortgage Foreclosure |
| Currently Unnamed Defendant | DEUTSCHE BANK NATIONAL TRUST COMPANY et al. -v.- CECIL H. USHER | 53 W 136TH Street, New York, NY 10037 | Supreme Court/New York County | 850242/2013 | Mortgage Foreclosure |
| Currently Unnamed Defendant | WELLS FARGO BANK, N.A. - v. - MINNIE PERRY, et al | 577 Franklin Avenue, Brooklyn, NY 11238 | Supreme Court/Kings County | 507740/2017 | Mortgage Foreclosure |
| Currently Unnamed Defendant | 543 LEXINGTON AVENUE, LLC, et. Al.-v- EARL R. DAVIS | 543 Lexington Avenue, Brooklyn, NY | Supreme Court/Kings County | 3331/19 | Quiet Title Action |
| Currently Unnamed Defendant | Cornelius Travell Allen v. 59 Irving, LLC et al | 59 Irving Place, Brooklyn, NY 11238 | Supreme Court/Kings County | 526536/2021 | Quiet Title Action |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                    Chapter 11

DFREH 1436 W NEDRO AVENUE LLC,                            Case No.

         Debtor.
------------------------------------------------------------x

### LIST OF EQUITY HOLDERS

    Davis Family Real Estate Holdings Inc.  100%
    c/o The Davis Rainford Group Inc.
    923 Haddonfield Rd, Suite #: 300
    Cherry Hill, NJ 08002


Dated: New York, New York
    May 23, 2023

           DFREH 1436 W NEDRO AVENUE LLC


       By:  _____
         Name: Earl R. Davis
         Title: Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                        Chapter 11

DFREH 1436 W NEDRO AVENUE LLC,                                Case No.

                                    Debtor.
------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1, DFREH 1436 W Nedro Avenue LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Additionally, Davis Family Real Estate Holdings Inc., who address is c/o The Davis Rainford Group Inc. 923 Haddonfield Rd, Suite #: 300, Cherry Hill, NJ 08002, owns 100% of the ownership interest in the Debtor.

Davis Family Investments, LLC., owns 100% of the ownership interest in Davis Family Real Estate Holdings Inc.

The Debtor's corporate ownership structure is further described in the *Declaration of Earl R. Davis, Chief Restructuring Officer of the Debtor, Pursuant to Local Bankruptcy Rule 1007-4*, being filed herewith.

Dated:    New York, New York
          May 23, 2023

                              DFREH 1436 W NEDRO AVENUE LLC


                    By:    _____
                           Name: Earl R. Davis
                           Title:   Chief Restructuring Officer

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | DFREH 1436 W Nedro Avenue LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andrew J. Seamans 112 Cherokee Dr Lynchburg, VA 24501-7314 | | | | | | $25,000.00 |
| Arlene Hull 6776 Cabernet Xing Lakeland, FL 33811-1818 | | | | | | $30,000.00 |
| Boyles Capital LLC c/o Simone Boyles 100 Russell Ave Apt 201 Edgewater, NJ 07020-3110 | | | | | | $116,000.00 |
| EMG Brooklyn LLC 15 America Ave Unit 301 Lakewood, NJ 08701-4582 | | | Unliquidated | | | $168,000.00 |
| Golden Bridge LLC d/b/a Golden Bridge Funding LLC 19021 Jamaica Ave Hollis, NY 11423-2548 | | | | | | $8,150,000.00 |
| Jasmine Capital Partners Inc. c/o Jasmine Jones 5 Sadore Ln Apt 4E Yonkers, NY 10710-4706 | | | | | | $110,000.00 |
| JCR Partners LLC c/o Abraham Muller 130 Lee Ave Ste 488 Brooklyn, NY 11211-8031 | | | | | | $250,000.00 |

Debtor __DFREH 1436 W Nedro Avenue LLC_____    Case number *(if known)* _____
                        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Forschner 609 Morris St Easton, PA 18045-2463 | | | | | | $25,000.00 |
| Mark Laidford 57 Arlington Ave Apt 3 Newark, NJ 07104-2997 | | | | | | $70,000.00 |
| McSwain Real Estate Ventures, LLC c/o Edward Ray 823 Williams St Paris, TN 38242-3526 | | | Unliquidated | | | $125,000.00 |
| Nandy's Real Estate Ventures, Inc. c/o Gusnande Mathieu 2485 SW 111th Ave Apt 13304 Brooklyn, NY 11201 | | | | | | $130,000.00 |
| Phillip A. Powell 1101 Stonebridge Dr Durham, NC 27712-9780 | | | | | | $85,000.00 |
| Portia D. McLeod-Mercer 4010 Liberty Heights Ave Gwynn Oak, MD 21207-7544 | | | | | | $75,000.00 |
| Purple Marcus, Inc. c/o Jonathan Marcus 5 Harmon St Long Beach, NY 11561-2707 | | | | | | $50,000.00 |
| Quicken Loans, Inc. 1050 Woodward Ave Detroit, MI 48226-1906 | | | Unliquidated | $377,625.00 | $0.00 | $377,625.00 |
| Rachel Walker 20807 Shaker Dr S Chesterfield, VA 23832 | | | | | | $15,000.00 |
| Select Portfolio Servicing, Inc. PO Box 65250 Salt Lake City, UT 84165-0250 | | | Unliquidated | $909,928.01 | $0.00 | $909,928.01 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor __DFREH 1436 W Nedro Avenue LLC_____    Case number *(if known)* _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Star-Sadat management Corporation 1430 Bergen St Brooklyn, NY 11213-1667 | | | | | | $76,000.00 |
| Toorak Capital Partners, LLC 15 Maple St Summit, NJ 07901-5008 | | | Unliquidated | $119,222.72 | $0.00 | $119,222.72 |
| Wells Fargo Bank 101 N Phillips Ave Sioux Falls, SD 57104-6738 | | | Unliquidated Disputed | $100,000.00 | $0.00 | $100,000.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **DFREH 1436 W Nedro Avenue LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2023**          X _____
                                            Signature of individual signing on behalf of debtor

                                            Earl R. Davis
                                            Printed name

                                            Chief Restructuring Officer
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **DFREH 1436 W Nedro Avenue LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

              **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **DFREH 1436 W Nedro Avenue LLC**                                    Case number *(If known)* _____
                 Name

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

 ■ No.  Go to Part 8.
 ☐ Yes Fill in the information below.

---

**Part 8:**  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

 ■ No.  Go to Part 9.
 ☐ Yes Fill in the information below.

---

**Part 9:**  Real property

54. Does the debtor own or lease any real property?

 ☐ No.  Go to Part 10.
 ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Fractionalized real estate interests as per schedule attached to Local Rule Declaration as Exhibit "A" | | $2,692,750.00 | | $2,692,750.00 |

---

56.   Total of Part 9.
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

| $2,692,750.00 |
|---|

57.   Is a depreciation schedule available for any of the property listed in Part 9?
      ■ No
      ☐ Yes

58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?
      ■ No
      ☐ Yes

---

**Part 10:**  Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

 ■ No.  Go to Part 11.
 ☐ Yes Fill in the information below.

---

**Part 11:**  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **DFREH 1436 W Nedro Avenue LLC**                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Litigation claims are per the schedule annexed to Local Rule Declaration as Exhibit "D".**                                                    unknown
       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Nature of claim         _____
       Amount requested              $0.00
                               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                    | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **DFREH 1436 W Nedro Avenue LLC**                    Case number *(If known)* _____
          Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9.................................> | | $2,692,750.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $2,692,750.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,692,750.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name   **DFREH 1436 W Nedro Avenue LLC** | |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **Chase Home Finance LLC** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **unknown**     **$0.00** |
| | **10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127-5705** | _____ | |
| | Creditor's mailing address | Describe the lien | |
| | | _____ | |
| | _____ | **Is the creditor an insider or related party?** | |
| | Creditor's email address, if known | ☑ No | |
| | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☑ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| | ☑ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated | |
| | | ☐ Disputed | |

| **2.2** | **Deutsche Bank National Trust Co.** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **unknown**     **$0.00** |
| | **c/o Ocwen Loan Servicing LLC**<br>**5720 Premier Park Dr**<br>**West Palm Beach, FL 33407-1610** | | |
| | Creditor's mailing address | Describe the lien | |
| | | _____ | |
| | _____ | **Is the creditor an insider or related party?** | |
| | Creditor's email address, if known | ☑ No | |
| | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☑ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **DFREH 1436 W Nedro Avenue LLC**                      Case number (if known) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Golden Bridge LLC** | Describe debtor's property that is subject to a lien | unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**19021 Jamaica Ave**
**Hollis, NY 11423-2548**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Golden Bridge LLC** | Describe debtor's property that is subject to a lien | unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Stephen Feder, Esq.**
**11655 Queens Blvd Ste 201**
**Forest Hills, NY**
**11375-6527**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Golden Bridge LLC** | Describe debtor's property that is subject to a lien | unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**104-14 71st Rd Fl 2**
**Forest Hills, NY 11375**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

Debtor    DFREH 1436 W Nedro Avenue LLC                    Case number (if known) _____
          _____
          Name

☐ No
☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**

Date debt was incurred                              ☐ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **PHH Mortgage Corporation** | Describe debtor's property that is subject to a lien | unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**3000 Leadenhall Rd**
**Mount Laurel, NJ**
**08054-4606**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known              ☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred                              ☐ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Quicken Loans, Inc.** | Describe debtor's property that is subject to a lien | $377,625.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1050 Woodward Ave**
**Detroit, MI 48226-1906**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known              ☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred                              ☐ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor  **DFREH 1436 W Nedro Avenue LLC**                          Case number (if known) _____
        Name

| 2.8 | **Select Portfolio Servicing, Inc.** | Describe debtor's property that is subject to a lien | $909,928.01 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 65250**
**Salt Lake City, UT**
**84165-0250**
Creditor's mailing address                    Describe the lien _____

_____

                                             Is the creditor an insider or related party?
_____                               ■ No
Creditor's email address, if known            ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an               As of the petition filing date, the claim is:
interest in the same property?              Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.9 | **Toorak Capital Partners, LLC** | Describe debtor's property that is subject to a lien | $119,222.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**15 Maple St**
**Summit, NJ 07901-5008**
Creditor's mailing address                    Describe the lien _____

_____

                                             Is the creditor an insider or related party?
_____                               ■ No
Creditor's email address, if known            ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an               As of the petition filing date, the claim is:
interest in the same property?              Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ■ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.10 | **US Trust N.A.** | Describe debtor's property that is subject to a lien | unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**888 7th Ave**
**New York, NY 10019**
Creditor's mailing address                    Describe the lien _____

_____

                                             Is the creditor an insider or related party?
_____                               ■ No
Creditor's email address, if known            ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                    ■ No

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

Debtor  **DFREH 1436 W Nedro Avenue LLC**          Case number (if known) _____
_____
Name

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.11** | **Wells Fargo Bank** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**101 N Phillips Ave**
**Sioux Falls, SD 57104-6738**
Creditor's mailing address                    Describe the lien
_____

**Is the creditor an insider or related party?**
_____          ■ No
Creditor's email address, if known            ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$1,506,775.73** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Elite Commerical Servicing** PO Box 15126 Richmond, VA 23227-0526 | Line **2.9** | |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>DFREH 1436 W Nedro Avenue LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|  | **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☒ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes |  |  |

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|  | **Newark Tax Collector** **920 Broad St** **Newark, NJ 07102-2660** | ☐ Contingent ☒ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes |  |  |

Debtor   **DFREH 1436 W Nedro Avenue LLC**
Name   Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown | $0.00 |
|---|---|---|---|---|

**NYC Dep't of Finance**
**Legal Affairs**
**375 Pearl St Apt 30**
**New York, NY 10038-1442**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown | $0.00 |
|---|---|---|---|---|

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown | $0.00 |
|---|---|---|---|---|

**Pennsylvania Dept of Revenue**

**PO Box 280427**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown | $0.00 |
|---|---|---|---|---|

**Phildelphia Water Department**

**1101 Market St**
**Philadelphia, PA 19019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    **DFREH 1436 W Nedro Avenue LLC**                              Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00 |
|---|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address<br>**Philidelphia Department of<br>Revenue<br>c/o Municipal Services Building<br>1401 John F Kennedy Blvd<br>Philadelphia, PA 19102-1617** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | unknown | $0.00 |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**121 Albany Avenue LLC<br>c/o Martha Barbour<br>174 Stuart Ave<br>Valley Stream, NY 11580-1027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | unknown |
|---|---|---|---|

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**350 Oakford Street, inc.<br>c/o Morias Dicks<br>475 W Merrick Rd Ste 202<br>Valley Stream, NY 11580-5202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | unknown |
|---|---|---|---|

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address<br>**420 Bainbridge LLC<br>c/o Reuven Sagi<br>632 W 158th St Apt 1<br>New York, NY 10032-7130** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | unknown |
|---|---|---|---|

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address<br>**452 Nostrand LLC**<br><br>**PO Box 50264<br>Brooklyn, NY 11205-0264** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | unknown |
|---|---|---|---|

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address<br>**498 Halsey LLC<br>c/o Reuven Sagi<br>632 W 158th St Apt 1<br>New York, NY 10032-7130** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | unknown |
|---|---|---|---|

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **DFREH 1436 W Nedro Avenue LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Abrams Fensterman LLP**<br><br>**1 Metrotech Ctr Ste 1702**<br>**Brooklyn, NY 11201-3949**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **unknown** |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Ali Mohamad**<br>**c/o Igaz LLC**<br>**19021 Jamaica Ave**<br>**Hollis, NY 11423-2548**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **unknown** |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Andrew J. Seamans**<br><br>**112 Cherokee Dr**<br>**Lynchburg, VA 24501-7314**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Arinzo J. Williams**<br><br>**141 Willow Ridge Cir**<br>**Willow Spring, NC 27592**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Arlene Hull**<br><br>**6776 Cabernet Xing**<br>**Lakeland, FL 33811-1818**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Baker-Isaac Funeral Services**<br><br>**985 Stratford Ave**<br>**Bridgeport, CT 06607-1317**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **unknown** |

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Boyles Capital LLC**<br>**c/o Simone Boyles**<br>**100 Russell Ave Apt 201**<br>**Edgewater, NJ 07020-3110**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$116,000.00** |

**Debtor**  DFREH 1436 W Nedro Avenue LLC

Name

Case number (if known) _____

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Corinthians Freeman**

5024 N 12th St
Philadelphia, PA 19141-3518

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |

**Eliezer Gibber**
c/o EMG Brooklyn LLC,
15 America Ave Unit 301
Lakewood, NJ 08701-4582

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168,000.00** |

**EMG Brooklyn LLC**

15 America Ave Unit 301
Lakewood, NJ 08701-4582

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |

**Erik Freeman**

957 Kelly St Apt 44
Bronx, NY 10459-3227

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,252.25** |

**FIG 20, LLC FBO SEC PTY**
c/o Finch Investent Group
1000 Riverside Ave Ste 400
Jacksonville, FL 32204-4108

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,150,000.00** |

**Golden Bridge LLC**
d/b/a Golden Bridge Funding LLC
19021 Jamaica Ave
Hollis, NY 11423-2548

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |

**Halima Mohammed**

8915 107th St
Richmond Hill, NY 11418-2219

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **DFREH 1436 W Nedro Avenue LLC**                               Case number (if known) _____
          <span style="font-size:small">Name</span>

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Igaz LLC**<br><br>**3047 Avenue U**<br>**Brooklyn, NY 11229-5126**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | **unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Jasmine Capital Partners Inc.**<br>**c/o Jasmine Jones**<br>**5 Sadore Ln Apt 4E**<br>**Yonkers, NY 10710-4706**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | **$110,000.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**JCR Partners LLC**<br>**c/o Abraham Muller**<br>**130 Lee Ave Ste 488**<br>**Brooklyn, NY 11211-8031**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | **$250,000.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Jeanie Freeman**<br><br>**2555 Linden Blvd Apt 4A**<br>**Brooklyn, NY 11208-4911**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | **$6,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**John Forschner**<br><br>**609 Morris St**<br>**Easton, PA 18045-2463**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | **$25,000.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Kyeong Soo Kim**<br><br>**288 Gates Ave**<br>**Brooklyn, NY 11216-1305**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | **unknown** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Mark Laidford**<br><br>**57 Arlington Ave Apt 3**<br>**Newark, NJ 07104-2997**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | **$70,000.00** |

Debtor    **DFREH 1436 W Nedro Avenue LLC**              Case number (if known) _____
       Name

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Martha Barbour**

174 Stuart Ave
Valley Stream, NY 11580-1027

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |

**McSwain Real Estate Ventures, LLC**
c/o Edward Ray
823 Williams St
Paris, TN 38242-3526

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Morias Dicks**

475 W Merrick Rd Ste 202
Valley Stream, NY 11580-5202

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |

**MTAG Custodian For FIG Capital INV NJ 13**
c/o Finch Investent Group
1000 Riverside Ave Ste 400
Jacksonville, FL 32204-4108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |

**Nandy's Real Estate Ventures, Inc.**
c/o Gusnande Mathieu
2485 SW 111th Ave Apt 13304
Brooklyn, NY 11201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**National Grid**

PO Box 371416
Pittsburgh, PA 15250-7416

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**New York City Parking Violations Bureau**

66 John St
New York, NY 10038-3735

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **DFREH 1436 W Nedro Avenue LLC**
_____  Case number (if known) _____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**NYC Dept of Housing Preservation and Dev**

☐ Contingent
■ Unliquidated
☐ Disputed

**100 Church St**
**New York, NY 10007-2601**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**NYC Environmental Control Board**

☐ Contingent
■ Unliquidated
☐ Disputed

**100 Church St**
**New York, NY 10007-2601**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**NYC Environmental Protection**

☐ Contingent
■ Unliquidated
☐ Disputed

**5917 Junction Blvd**
**Elmhurst, NY 11373-5188**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Omar Yacoub**

☐ Contingent
■ Unliquidated
☐ Disputed

**288 Gates Ave**
**Brooklyn, NY 11216-1305**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Pacific Energy**

☐ Contingent
■ Unliquidated
☐ Disputed

**802 Jamaica Ave**
**Brooklyn, NY 11208-1523**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Penn Credit Corporation**

☐ Contingent
■ Unliquidated
☐ Disputed

**2800 Commerce Dr**
**Harrisburg, PA 17110-9307**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,000.00 |
|---|---|---|---|

**Phillip A. Powell**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1101 Stonebridge Dr**
**Durham, NC 27712-9780**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **DFREH 1436 W Nedro Avenue LLC**                          Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.41 | Nonpriority creditor's name and mailing address **Portia D. McLeod-Mercer** | As of the petition filing date, the claim is: *Check all that apply.* **$75,000.00** |

**Portia D. McLeod-Mercer**

4010 Liberty Heights Ave
Gwynn Oak, MD 21207-7544

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

| 3.42 | Nonpriority creditor's name and mailing address |

**Professional Recovery Associates**

410 Park Ave Fl 15
New York, NY 10022-4407

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**unknown**

---

| 3.43 | Nonpriority creditor's name and mailing address |

**Purple Marcus, Inc.**
c/o Jonathan Marcus
5 Harmon St
Long Beach, NY 11561-2707

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.44 | Nonpriority creditor's name and mailing address |

**Rachel Walker**

20807 Shaker Dr S
Chesterfield, VA 23832

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

| 3.45 | Nonpriority creditor's name and mailing address |

**Reuven Sagi**

632 W 158th St Apt 1
New York, NY 10032-7130

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**unknown**

---

| 3.46 | Nonpriority creditor's name and mailing address |

**Star-Sadat management Corporation**

1430 Bergen St
Brooklyn, NY 11213-1667

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$76,000.00**

---

| 3.47 | Nonpriority creditor's name and mailing address |

**Sterling Recoveries, Inc.**

38 W 32nd St Ste 1110
New York, NY 10001-3879

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**unknown**

Debtor    **DFREH 1436 W Nedro Avenue LLC**
_____    Case number (if known) _____
            Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |

Nonpriority creditor's name and mailing address
**Vernatian Freeman**

503 Pettigrew St
Henderson, NC 27536-3257

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line 2.3<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line 2.4<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **0.00** |
| 5b. Total claims from Part 2 | 5b. + $ | **9,557,252.25** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **9,557,252.25** |

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **DFREH 1436 W Nedro Avenue LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____    _____

2.2    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____    _____

2.3    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____    _____

2.4    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____    _____

| Fill in this information to identify the case: |
| --- |

Debtor name    **DFREH 1436 W Nedro Avenue LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................  $    **2,692,750.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................  $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................  $    **2,692,750.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.........  $    **1,506,775.73**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................  +$    **9,557,252.25**

4.  Total liabilities ...............................................................................
    Lines 2 + 3a + 3b    $    **11,064,027.98**

United States Bankruptcy Court
Eastern District of New York, Brooklyn Division

IN RE:                                                          Case No. _____

DFREH 1436 W Nedro Avenue LLC _____ Chapter 11
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: May 23, 2023

Debtor **DFREH 1436 W Nedro Avenue LLC**
By: Earl R. Davis, Chief Restructuring Officer

Joint Debtor

Attorney for Debtor

Software Copyright (c) 2023 CINGroup  www.cincompass.com

121 Albany Avenue LLC
c/o Martha Barbour
174 Stuart Ave
Valley Stream, NY  11580-1027


350 Oakford Street, inc.
c/o Morias Dicks
475 W Merrick Rd Ste 202
Valley Stream, NY  11580-5202


420 Bainbridge LLC
c/o Reuven Sagi
632 W 158th St Apt 1
New York, NY  10032-7130


452 Nostrand LLC
PO Box 50264
Brooklyn, NY  11205-0264


498 Halsey LLC
c/o Reuven Sagi
632 W 158th St Apt 1
New York, NY  10032-7130


Abrams Fensterman LLP
1 Metrotech Ctr Ste 1702
Brooklyn, NY  11201-3949

Ali Mohamad
c/o Igaz LLC
19021 Jamaica Ave
Hollis, NY  11423-2548


Andrew J. Seamans
112 Cherokee Dr
Lynchburg, VA  24501-7314


Arinzo J. Williams
141 Willow Ridge Cir
Willow Spring, NC  27592


Arlene Hull
6776 Cabernet Xing
Lakeland, FL  33811-1818


Baker-Isaac Funeral Services
985 Stratford Ave
Bridgeport, CT  06607-1317


Boyles Capital LLC
c/o Simone Boyles
100 Russell Ave Apt 201
Edgewater, NJ  07020-3110


Carl Smith/ DIN#16A2564
c/o Mohawk Correctional Facility
6415 State Rte 26
Rome, NY  13440

Chase Home Finance LLC
10790 Rancho Bernardo Rd
San Diego, CA  92127-5705


Corinthians Freeman
5024 N 12th St
Philadelphia, PA  19141-3518


Deutsche Bank National Trust Co.
c/o Ocwen Loan Servicing LLC
5720 Premier Park Dr
West Palm Beach, FL  33407-1610


Diallorafik Madison
1156 Madison St
Brooklyn, NY  11221-5021


Eliezer Gibber
c/o EMG Brooklyn LLC,
15 America Ave Unit 301
Lakewood, NJ  08701-4582


Elite Commerical Servicing
PO Box 15126
Richmond, VA  23227-0526


EMG Brooklyn LLC
15 America Ave Unit 301
Lakewood, NJ  08701-4582

Erik Freeman
957 Kelly St Apt 44
Bronx, NY  10459-3227


FIG 20, LLC FBO SEC PTY
c/o Finch Investent Group
1000 Riverside Ave Ste 400
Jacksonville, FL  32204-4108


Golden Bridge LLC
19021 Jamaica Ave
Hollis, NY  11423-2548


Golden Bridge LLC
c/o Stephen Feder, Esq.
11655 Queens Blvd Ste 201
Forest Hills, NY  11375-6527


Golden Bridge LLC
104-14 71st Rd Fl 2
Forest Hills, NY  11375


Golden Bridge LLC
d/b/a Golden Bridge Funding LLC
19021 Jamaica Ave
Hollis, NY  11423-2548


Halima Mohammed
8915 107th St
Richmond Hill, NY  11418-2219

Igaz LLC
3047 Avenue U
Brooklyn, NY  11229-5126


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Jasmine Capital Partners Inc.
c/o  Jasmine Jones
5 Sadore Ln Apt 4E
Yonkers, NY  10710-4706


JCR  Partners LLC
c/o  Abraham Muller
130  Lee Ave Ste 488
Brooklyn, NY  11211-8031


Jeanie Freeman
2555  Linden Blvd Apt 4A
Brooklyn, NY  11208-4911


John  Forschner
609 Morris St
Easton, PA  18045-2463


Kyeong Soo Kim
288 Gates Ave
Brooklyn, NY  11216-1305

Leonard Presely
103 Chesterfield Dr
Elizabeth City, NC  27909-9605


Mark Laidford
57 Arlington Ave Apt 3
Newark, NJ  07104-2997


Martha Barbour
174 Stuart Ave
Valley Stream, NY  11580-1027


McSwain Real Estate Ventures, LLC
c/o Edward Ray
823 Williams St
Paris, TN  38242-3526


Morias Dicks
475 W Merrick Rd Ste 202
Valley Stream, NY  11580-5202


MTAG Custodian For FIG Capital INV NJ 13
c/o Finch Investent Group
1000 Riverside Ave Ste 400
Jacksonville, FL  32204-4108


Nandy's Real Estate Ventures, Inc.
c/o Gusnande Mathieu
2485 SW 111th Ave Apt 13304
Brooklyn, NY  11201

National Grid
PO Box 371416
Pittsburgh, PA  15250-7416


New York City Parking Violations Bureau
66 John St
New York, NY  10038-3735


Newark Tax Collector
920 Broad St
Newark, NJ  07102-2660


NYC Dep't of Finance
Legal Affairs
375 Pearl St Apt 30
New York, NY  10038-1442


NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY  10007-2601


NYC Dept of Housing Preservation and Dev
100 Church St
New York, NY  10007-2601


NYC Environmental Control Board
100 Church St
New York, NY  10007-2601

NYC Environmental Protection
5917 Junction Blvd
Elmhurst, NY  11373-5188


NYS Attorney General
28 Liberty St
New York, NY  10005-1400


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Omar Yacoub
288 Gates Ave
Brooklyn, NY  11216-1305


Pacific Energy
802 Jamaica Ave
Brooklyn, NY  11208-1523


Penn Credit Corporation
2800 Commerce Dr
Harrisburg, PA  17110-9307


Pennsylvania Dept of Revenue
PO Box 280427
Harrisburg, PA  17128

PHH Mortgage Corporation
3000 Leadenhall Rd
Mount Laurel, NJ  08054-4606


Phildelphia Water Department
1101 Market St
Philadelphia, PA  19019


Philidelphia Department of Revenue
c/o Municipal Services Building
1401 John F Kennedy Blvd
Philadelphia, PA  19102-1617


Phillip A. Powell
1101 Stonebridge Dr
Durham, NC  27712-9780


Portia D. McLeod-Mercer
4010 Liberty Heights Ave
Gwynn Oak, MD  21207-7544


Professional Recovery Associates
410 Park Ave Fl 15
New York, NY  10022-4407


Purple Marcus, Inc.
c/o Jonathan Marcus
5 Harmon St
Long Beach, NY  11561-2707

Quicken Loans, Inc.
1050 Woodward Ave
Detroit, MI  48226-1906


Rachel Walker
20807 Shaker Dr S
Chesterfield, VA  23832


Reuven Sagi
632 W 158th St Apt 1
New York, NY  10032-7130


Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT  84165-0250


Snowiya Multani
44 Cedar Ridge Ln
Dix Hills, NY  11746-7941


Star-Sadat management Corporation
1430 Bergen St
Brooklyn, NY  11213-1667


Sterling Recoveries, Inc.
38 W 32nd St Ste 1110
New York, NY  10001-3879

The Rising Multani Group LLC
44 Cedar Ridge Ln
Dix Hills, NY  11746-7941


Toorak Capital Partners, LLC
15 Maple St
Summit, NJ  07901-5008


US Trust N.A.
888 7th Ave
New York, NY  10019


Vernatian Freeman
503 Pettigrew St
Henderson, NC  27536-3257


Vincent Bostic
1676 Dean St Apt 4F
Brooklyn, NY  11213-1786


Wells Fargo Bank
101 N Phillips Ave
Sioux Falls, SD  57104-6738